

NUMBER 13-11-00492-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

GARRON CARRIER,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                            Appellee.

On Appeal from the 347th District Court
of Nueces County, Texas.

## MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam

Appellant, Garron Carrier, by and through his attorney, has filed a motion to withdraw his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be

entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
3rd day of November, 2011.